**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **vs.** | )  **CR14-47** |
| | ) |
| **JOSEPH SAVAGE,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### ORDER

Pending before the Court is the Defendant's Motion for PREPLEA PRESENTENCE INVESTIGATION REPORT filed by his prior counsel Melvin Vatz. [ECF #22].

And now, this 2nd day of September, 2014, it is hereby ORDERED, ADJUDGED, AND DECREED that Defendant's Motion is DENIED without prejudice to Defendant's newly appointed counsel, Jon Pushinsky, to move for a Pre-Plea Presentence Investigation Report to be completed.

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior District Court Judge