IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 14-047 |
| | ) | |
| vs. | ) | |
| | ) | Judge Maurice B. Cohill, Jr. |
| JOSEPH SAVAGE | ) | |

**ORDER**

AND NOW, to-wit, this 23rd day of September, 2014, upon consideration of the attached Motion, it is hereby ordered and decreed that said Motion by **GRANTED**. Pursuant to this Order, the United States Probation Office is directed to prepare a partial presentence investigation report regarding Joseph Savage. The report need only calculate and address issues concerning the U.S.S.G. criminal history level that would apply to Mr. Savage should he be sentenced in connection with the current federal charges against him, including the arguable applicability of any § 851, career offender and/or other enhancements should the court impose a sentence in this case. The presentence investigation report shall be served on counsel for Mr. Savage and counsel for the government on or before November 4, 2014.

IT IS FURTHER ORDERED that any extension of time necessitated by the grant of Defendant's Motion for an early partial presentence investigation report be deemed excludable delay under the Speedy Trial Act 18 U.S.C. §3161 et seq. Specifically, the court finds that the ends of justice served by granting Defendant's Motion and that any continuance resulting from it outweighs the interest of the public and the Defendant to a speedy trial.

_Maurice B. Cohill, Jr._
U.S. District Court Judge